No. 521. LION LABORATORIES, INC., ET AL. *v.* CAMPBELL, FEDERAL PROHIBITION ADMINISTRATOR, ET AL. January 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles*

612

*Dickerman Williams* for petitioners. *Solicitor General Hughes, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, John Henry McEvers, Mahlon D. Kiefer,* and *W. Marvin Smith* for respondents. █